## KENNEMER v. BRANCH.

HILL, J. No complaint was made that any error of law was committed upon the trial. There was evidence to authorize the verdict, and the judge did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

JULY 15, 1913.

Exceptions to auditor's report. Before Judge Roan. DeKalb superior court. June 22, 1912.

*Alonzo Field,* for plaintiff in error.
*Napier, Wright & Cox,* contra.